NUMBER 13-02-00267-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________


VIRGINIA S. BODINE AND GINNY BODINE'S, INC., Appellants,


v.



THEO DIMOPOULOS, Appellee.

_____________________________________________________________


On appeal from the County Court at Law No. 2


of Nueces County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam


 This appeal was abated by this Court on July 11, 2002, due to the bankruptcy of one
of the parties to this appeal. See 11 U.S.C. § 362; see generally Tex. R. App. P. 8. Since
the abatement there has been no activity in this appeal. On January 15, 2009, the Court
ordered the parties to file an advisory regarding the status of the appeal and, if applicable,
a motion to reinstate the appeal or a motion to dismiss the appeal. The order notified the
parties that failure to respond to the order would result in reinstatement and dismissal of
the appeal for want of prosecution. 

 The parties have failed to respond. Accordingly, we reinstate and dismiss the
appeal for want of prosecution. See Tex. R. App. P. 42.3(b).


 PER CURIAM


Memorandum Opinion delivered and 

filed this the 12th day of March, 2009.